# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

FILED WILKES BARRE APR 24 2019 PER \_\_\_\_\_ ms DEPUTY CLERK

TIMOTHY ROWBOTTOM, et al.,

Plaintiffs,

v.

CITY OF HARRISBURG, et al.,

Defendants.

CIVIL ACTION NO. 19-cv-00657

(SAPORITO, M.J.)

## ORDER

AND NOW, this **24th** day of April, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. **Within thirty (30) days** of the date of this Order, the plaintiffs shall submit for filing a copy of the complaint that is fully compliant with the requirements of Rule 11 of the Federal Rules of Civil Procedure;

2. In particular, the pleading shall be signed by a licensed attorney, who is admitted to the bar of this Court, on behalf of plaintiff TNT International, Inc.;

3. Together with this properly signed copy of the complaint, the plaintiffs shall remit payment of the **$400** filing and administrative fees due upon commencement of this civil action; and

4. A ruling on the plaintiffs' motion for leave to proceed *in forma pauperis* with respect to plaintiff Timothy Rowbottom (Doc. 2) will be **DEFERRED** pending resolution of the signature and filing-fee issues presented with respect to plaintiff TNT.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
